UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PATRICK HANNAN,<br><br>Plaintiff,<br><br>v.<br><br>GLENDORA POLICE DEPT., et al.,<br><br>Defendants. | Case No. 2:25-cv-02825-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 19). The R&R recommends that Defendants' motion to dismiss the Complaint be denied. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Dkt. 15) is **denied**.

DATED: September 4, 2025

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE