O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PATRICK HANNAN, Plaintiff, v. GLENDORA POLICE DEPT, et al., Defendants. | Case No. 2:25-cv-02825-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 61). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 65) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Plaintiff's motion to withdraw admitted requests for admission (Dkt. 52) is DENIED;

(2) Defendants' motion to dismiss (Dkt. 50) is GRANTED; and

(3) Judgment is to be entered DISMISSING this action with prejudice.

DATED: July 30, 2026

Hon. Mark C. Scarsi
UNITED STATES DISTRICT JUDGE