JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSEPH PATRICK HANNAN,
Plaintiff,
v.
GLENDORA POLICE DEPT, et al.,
Defendants.

Case No. 2:25-cv-02825-MCS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed with prejudice.

DATED: July 30, 2026

Mark C. Scarsi

Hon. Mark C. Scarsi
UNITED STATES DISTRICT JUDGE